ACME AMERICAN REPAIRS, INC., Respondent, v RHODA URETSKY et al., Appellants.

Submitted September 24, 2007; decided November 20, 2007

Reported below, 39 AD3d 675.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.